

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00611-CV

Sandra Campos **VIDALES**,
Appellant

v.

Raymond **CAMPOS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2016CV04500
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:　　Sandee Bryan Marion, Chief Justice
　　　　　　Luz Elena D. Chapa, Justice
　　　　　　Jason Pulliam, Justice

Delivered and Filed:　December 7, 2016

DISMISSED

After the appellant's brief was filed, we notified appellant the brief did not satisfy the requirements contained in the Texas Rules of Appellate Procedure. We ordered appellant by November 23, 2016, to file an amended brief that complied with all applicable rules of appellate procedure. We further notified appellant that if a timely amended brief that corrected the deficiencies was not filed, we may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief, which may include dismissal for want of

prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 38.9(a); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.).

On November 21, 2016, appellant filed a two-page letter describing the proceedings in the trial court and other matters. The letter does not comply with all applicable rules of appellate procedure. *See* TEX. R. APP. P. 9.4, 38.1. Because appellant has failed to comply with this court's order to file a compliant appellant's brief, we order this appeal dismissed for want of prosecution and that appellee recover appellee's costs in this appeal from appellant. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided).

PER CURIAM